Order entered October 9 , 2012



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00663-CV

### IN THE INTEREST OF S.V & S.V., CHILDREN

**On Appeal from the 303rd District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-11968-V**

## ORDER

The Court has before it appellant's September 28, 2012 motion to strike the court reporter's motion to reconsider. The motion to reconsider has been denied. The Court **DENIES** the motion to strike.

MOLLY FRANCIS
JUSTICE